# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET IACCINO,<br><br>        Plaintiff,<br><br>v.<br><br>WALMART, INC., *et al*,<br><br>        Defendant. | Case No. 2:22-cv-06443-AB-(MAAx)<br><br>**ORDER REGARDING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

    The Court has reviewed the parties' Joint Stipulation ("Stipulation") to Remand Case to State Court, (*see* ECF No. 13).

    The Court therefore **ORDERS** that this action is hereby **REMANDED** to Los Angeles County Superior Court.

Dated: October 12, 2022

                                          _____
                                          ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE